UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

MIGUEL RAMOS SOTO, et al.,

    Plaintiffs,

v.

JOSEPH COLON, et al.,

    Defendants.

Civil No. 97-1276 (JAF)



## JUDGMENT

The Settlement Agreement filed by the parties on March 30, 2000, Docket Document No. 112, is **APPROVED**. Judgment is entered dismissing this case with prejudice and incorporating the terms of the Settlement Agreement entered into by the parties herein as if set forth *in extenso*.

San Juan, Puerto Rico, this 31st day of March, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge