# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO





MIGUEL RAMOS SOTO, ET AL

VS.

JOSEPH COLON, ET AL

CIVIL NO. 97-1276 (JAF)

---

## DESCRIPTION OF MOTION

DATE FILED: 5/04/00   DOCKET #: 115   TITLE: MOTION REQUESTING WITHDRAWAL OF MONIES CONSIGNED

[X] Plaintiff(s)
[ ] Defendant(s)

---

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *Granted as requested.*

5/25/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE